WIELAND, Plaintiff, v. PRESIDENT, ETC., OF DELAWARE & H. CANAL CO., Defendant. (Supreme Court, Appellate Division, Third Department. September 12, 1899.) Action by Catherine Fisher Wieland, as administratrix, against the president, etc., of the Delaware & Hudson Canal Company. No opinion. Motion to correct order granted, with $10 costs to abide the event. See 59 N. Y. Supp. 1117.

WILLSON, Respondent, v. EVELINE, Appellant. (Supreme Court, Appellate Division, Third Department. September 27, 1899.) Action by Mordecai M. Willson, Jr., against Mary S. Eveline.

PER CURIAM. Order modified, so as to permit the defendant to serve a supplemental answer within 20 days from the service of this order, without the payment of costs,—the plaintiff being permitted to discontinue within 10 days after the service of a copy of this order, without costs,—and, as so modified, affirmed, without costs of this appeal.

WILSON v. MAYOR OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 10, 1899.) Action by James Wilson against the mayor of the city of New York. No opinion. Motion granted, with $10 costs.

WILSON, Respondent, v. STREETER, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 27, 1899.) Action by John R. Wilson against John C. Streeter. No opinion. Judgment modified by deducting from the damages the sum of $47.11, and, as so modified, affirmed, without costs of this appeal to either party.

WISTER, Respondent, v. LAMSON, Appellant. (Supreme Court, Appellate Division, First Department. October 20, 1899.) Action by Sabine W. Wister against Allan G. Lamson. H. C. Tracy, for appellant. E. B. Whitney, for respondent. No opinion. Judgment affirmed, with costs.

WOLLF, Respondent, v. MENDHEIM, Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1899.) Action by Andrew Wollf against Louis P. Mendheim. H. Nathan, for appellant. L. B. Bunnell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

YATES, Respondent, v. SEAMAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 20, 1899.) Action by Blinn Yates against Frank Seaman. No opinion. Order affirmed, with $10 costs and disbursements.

YOUNT et al., Appellants, v. CITY OF ROCHESTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 4, 1899.) Action by Catherine Yount (sometimes called Young) and another against the city of Rochester. No opinion. Order affirmed, with $10 costs and disbursements.

ZUBRINSKY, Respondent, v. SABIN, Appellant. (Supreme Court, Appellate Term. October 25, 1899.) Action by Abraham Zubrinsky against Abraham R. Sabin. Judgment for plaintiff, and defendant appeals. Reversed. Louis H. Levin, for appellant. L. G. & W. A. Goodhard, for respondent.

PER CURIAM. The record containing no proof of the residence of the defendant, and the judgment having been assailed upon that ground, under the recent decisions of this court (Tyroler v. Gummersbach, 28 Misc. Rep. 151, 59 N. Y. Supp. 266, 319) the judgment must be reversed, and a new trial ordered, with costs to the appellant to abide the event. Judgment reversed, and new trial ordered, with costs to the appellant to avide the event.